**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____   Chapter 11

☐ Check if this an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**: Centurion Blackjets LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 85-2955199

4. **Debtor's address**:

   **Principal place of business**
   1738 Nichols Canyon Road
   Los Angeles, CA 90046
   Number, Street, City, State & ZIP Code

   Los Angeles
   County

   **Mailing address, if different from principal place of business**
   1925 Grand Avenue
   Suite 127
   Billings, MT 59102
   P.O. Box, Number, Street, City, State & ZIP Code

   **Location of principal assets, if different from principal place of business**
   1738 Nichols Canyon Road Los Angeles, CA 90046
   Number, Street, City, State & ZIP Code

5. **Debtor's website (URL)**: _____

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Centurion Blackjets LLC**　　　　　　　　　　　　　　　　　　　　Case number (if known)
　　　　　Name

7. Describe debtor's business　A. *Check one:*

　　☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

　　☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

　　☐ Railroad (as defined in 11 U.S.C. § 101(44))

　　☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

　　☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

　　☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

　　■ None of the above

　　B. *Check all that apply*

　　☐ Tax-exempt entity (as described in 26 U.S.C. §501)

　　☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

　　☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

　　C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
　　http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply:*

   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do n exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   　　☐ A plan is being filed with this petition.

   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File th *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

Debtor    **Centurion Blackjets LLC**    Case number (*if known*)
　　　　　Name

10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?

    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list

    Debtor _____    Relationship _____
    District _____  When _____   Case number, if known _____

11. Why is the case filed in this district?

    Check all that apply:

    ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?

    ■ No
    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    　What is the hazard? _____
    ☐ It needs to be physically secured or protected from the weather.
    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
    ☐ Other

    **Where is the property?**
    　_____ Number, Street, City, State & ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes.    Insurance agency _____
    　　　　　Contact name _____
    　　　　　Phone _____

---

**Statistical and administrative information**

13. Debtor's estimation of available funds

    Check one:
    ■ Funds will be available for distribution to unsecured creditors.
    ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

14. Estimated number of creditors

    ■ 1-49               ☐ 1,000-5,000       ☐ 25,001-50,000
    ☐ 50-99              ☐ 5001-10,000       ☐ 50,001-100,000
    ☐ 100-199            ☐ 10,001-25,000     ☐ More than 100,000
    ☐ 200-999

15. Estimated Assets

    ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
    ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
    ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
    ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

16. Estimated liabilities

    ☐ $0 - $50,000              ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 3

Debtor   **Centurion Blackjets LLC**                                                                    Case number (*if known*)
     Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  Centurion Blackjets LLC  
Name

Case number (if known) _____

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07-26-2023  
MM / DD / YYYY

X _____  
Signature of authorized representative of debtor

Christoper E Usude  
Printed name

Title  Managing Agent

**18. Signature of attorney**

X _____  
Signature of attorney for debtor

Date  8-26-2023  
MM / DD / YYYY

Stephen L. Burton 113748  
Printed name

Stephen L. Burton  
Firm name

16133 Ventura Boulevard, 7th Floor  
Encino, CA 91436  
Number, Street, City, State & ZIP Code

Contact phone  Telephone: 818 501-5055   Email address  steveburtonlaw@aol.com

113748 CA  
Bar number and State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 5